IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00201-REB-BNB

CONSUMER CRUSADE, INC., a Colorado corporation,

Plaintiff,

v.

CLUB RESORT INTERVALS, LLC, a New Hampshire limited liability company,
ROBERT G. MUNRO, and
VIKKI HEISE, its officers and directors,

Defendants.
_____

**ORDER**
_____

This matter was set for a scheduling conference this morning. The plaintiff appeared through its counsel. The complaint was filed on February 3, 2005. Pursuant to Fed. R. Civ. P. 4(m), the plaintiff had 120 days within which to perfect service. That time expired on June 3, 2005.

The plaintiff indicated at the scheduling conference that it has completed service of process against Club Resort Intervals, LLC, but had not been able to make service against Robert G. Munro or Vikki Heise.

IT IS ORDERED that the plaintiff shall seek the entry of a default pursuant to Fed. R. Civ. P. 55(a) on or before **July 8, 2005**.

IT IS ORDERED that the plaintiff shall have an extension of time, to and including **August 31, 2005**, within which to make service on the defendants.

IT IS FURTHER ORDERED that the plaintiff shall file a status report on or before **September 9, 2005**, indicating whether it has made service on the remaining defendants and whether a scheduling conference should be set.

Dated June 30, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge