IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00201-REB-BNB

CONSUMER CRUSADE, INC.,
a Colorado corporation,

    Plaintiff,

v.

CLUB RESORT INTERVALS, LLC, a New Hampshire
limited liability company, ROBERT G. MUNRO and
VIKKI HEISE, its Officers and Directors,

    Defendants.

_____

**ORDER**
_____

**Blackburn, J.**

    The matter before me is plaintiff's Motion for Default Judgment [#10], filed July 11, 2005. I have jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (diversity of citizenship). The Clerk of the Court has made entry of default against defendants Club Resort Intervals, LLC, and Robert G. Munro, as contemplated by Fed.R.Civ.P. 55(a). Plaintiff's request for monetary judgment is for a sum certain, properly supported by affidavit, as required by Fed.R.Civ.P. 55(b)(1). To that extent, I find that the motion should be granted.

    However, to the extent plaintiff seeks injunctive relief, its motion should be denied. Plaintiff asks that defendants be enjoined from "the transmission of unsolicited facsimiles." Such an injunction, which essentially does nothing more than direct defendants not to violate the statute, is not proper. ***See Glover***

*Construction Co. v. Babbitt*, 1999 WL 51784 at *2 (10th Cir. Feb. 5, 1999); *United States v. Louisiana-Pacific Corp.*, 682 F.Supp. 1141, 1166-67 (D. Colo. 1988).

**THEREFORE, IT IS ORDERED**, as follows:

(1) That judgment **SHALL ENTER** in favor of plaintiff, Consumer Crusade, Inc., and against defendants, Club Resort Intervals, LLC, and Robert G. Munro, jointly and severally, in the amount of $190,965, consisting of $190,500 in principal and $465 in costs; and

(2) That pursuant to 28 U.S.C. § 1961, plaintiff is **AWARDED** post-judgment interest from the date of this order until the judgment is fully paid.

Dated August 24, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge